**Order entered July 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01391-CV

**MARSHA FONTANIVE, Appellant**

**V.**

**CDX HOLDINGS, INC, Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-01736-A**

## ORDER

As appellant has filed an unopposed motion to dismiss the appeal, we **REINSTATE** the appeal which we abated for settlement purposes. The motion to dismiss will be disposed of separately.

/s/    DAVID J. SCHENCK
          JUSTICE